UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

WHEELER BROS., INC.,

    Plaintiff,

v.        Case No: 2:14-cv-1258-PGB-TFM

ROBERT L. JONES, JR., VIRGINIA JONES, ADVANCED FLEET SERVICES, LLC, ROBERT L. JONES, III, JONATHAN CATON JONES, PIRATES TOW, LLC, LAVENIA A. JONES, ROBERT L. JONES, SR., A&B DEVELOPMENTS, LLC, A&B PROPERTIES, LLC, BEST BUY AUTOMOTIVE, LLC, JONES BROTHERS ENTERPRISES, LLC, AND KYLE BREECE JONES,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Writ of Execution of Charging Order (Doc. 221) filed on March 28, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 18, 2018 (Doc. 224), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Writ of Execution or Charging Order (Doc. 224) is **GRANTED**. The financial interest of Defendant Robert L. Jones, Sr. in Best Buy Automotive and Tires, LLC is charged with the payment of the unsatisfied amount of the judgments (Docs. 177, 178), accrued interest thereon, and Best Buy Automotive and Tires, LLC shall report to Counsel for Plaintiff each time a distribution is made with respect to any financial interest, listing the amount and time of all distributions made at the time or in connection with that distribution, and distributing to Counsel for Plaintiff any amounts that otherwise become due or distributable to Defendant Robert L. Jones, Sr. to be credited against the judgment balances.

**DONE AND ORDERED** in Orlando, Florida on May 7, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record and unrepresented parties